## C.S.R. ASSOCIATES *v.* 191 WOOSTER STREET LTD. PARTNERSHIP ET AL.
### (10173)

DALY, LANDAU and HEIMAN, Js.

Argued December 4—decision released December 31, 1991

*Noah Eisenhandler,* with whom, on the brief, was *Frank J. Kolb, Jr.,* for the appellant (plaintiff).

*David C. Pite,* with whom, on the brief, was *James S. Brownstein,* for the appellee (defendant Ruthann L. Williams).

PER CURIAM. The judgment is affirmed.